MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
CONNIE SERRANO,                 :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :    STIPULATION AND ORDER
                                :    08 Civ. 1920 (BSJ)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 6, 2008 to and including July 7, 2008.  This extension is requested because



the administrative record has not yet been received by the defendant's counsel.  No previous extension has been requested in this case.

Dated: New York, New York
       April 12, 2008

*[signature]*
CONNIE SERRANO
Plaintiff Pro Se
650 East 219th Street
Apt. #1
Bronx, New York 10467
Telephone No. (718)364-6531

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE

4/26/08