

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 3, 2008

By Fax

Hon. Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

> **MEMO ENDORSED**
>
> APPLICATION GRANTED
> SO ORDERED
>
> /s/ Frank Maas
> Frank Maas, USMJ 7/8/08

Re: Connie Serrano v. Astrue
    08 Civ. 1920(BSJ)(FM)

Dear Judge Maas:

This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request an extension of defendant's time to answer or move with respect to the complaint.

After one adjournment was granted due to a delay in the preparation of the administrative record, the answer is now due on July 7, 2008. This Office has only recently received the administrative record in this case. In order to allow time to review the record, and, if necessary, to discuss it with Social Security Administration personnel, we respectfully request that defendant's time to answer or move be extended to August 28, 2008. The plaintiff pro se consented to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ John E. Gura, Jr.
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Connie Serrano
    (By Mail)