UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
CONNIE SERRANO,                                             :
                                                            :   SCHEDULING ORDER
                    Plaintiff,                              :   IN SOCIAL SECURITY CASE
                                                            :
          -against-                                         :   08 Civ. 1920 (BSJ)(FM)
                                                            :
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                                                            :
                    Defendant.                              :
------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __9/5/08__

**FRANK MAAS**, United States Magistrate Judge.

A complaint having been filed on February 26, 2008, and an answer having been filed on August 29, 2008, it is hereby ORDERED that:

1. On or before October 20, 2008, defendant shall serve and file a motion for judgment on the pleadings.

2. On or before November 3, 2008, plaintiff shall serve and file papers in opposition.

3. On or before November 17, 2008, defendant shall serve and file a reply, if any.

4. Should plaintiff fail to oppose defendant's motion, this Court may recommend that motion be granted by default.

SO ORDERED.

Dated:   New York, New York
         September 5, 2008

                                        _____
                                        FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

Connie Serrano
650 E. 219th Street, Apt# 1
New York, New York 10467

John E. Gura, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Via Facsimile @(212) 637-2750